No. 552. ASSOCIATED THIRD CLASS MAIL USERS, INC., ET AL. *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John R. Fitzpatrick* and *Edward J. Lynch* for petitioners. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for respondents.

No. 554. CHAIN INSTITUTE, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 8th Cir. Certiorari denied. *Sumner S. Kittelle, Mark F. Hughes, Allan Trumbull, Stephen H. Beach, Milton Weiss, Charles Denby, Paul J. Winschel, James E. S. Baker, Norman K. Parsells, Elmer E. Finck, Harold T. Halfpenny* and *Charles Fay* for petitioners. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Earl W. Kintner* and *James E. Corkey* for respondent.

No. 520. UNITED GAS PIPE LINE CO. *v.* TYLER GAS SERVICE CO. ET AL. United States Court of Appeals for the District of Columbia Circuit. Motion for leave to file brief of McMurrey Refining Co., as *amicus curiae,* denied. Certiorari denied. *Thomas Fletcher* and *C. Huffman Lewis* for petitioner. *Bryce Rea, Jr., Thomas B. Ramey* and *Troy Smith* for respondents.

No. 560. EASTER *v.* GATES, SECRETARY OF THE NAVY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Geo. Washington Williams* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Paul A. Sweeney* for respondent.